UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROL ROPER, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:05-CV-1215 (CEJ) |
| ALDI, INC., | ) |
| Defendant. | ) |

### ORDER

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that the parties shall have until **September 28, 2006** in which to file a stipulation for dismissal.

**IT IS FURTHER ORDERED** that if the stipulation for dismissal is not filed by the above deadline, the Court will thereafter enter an order dismissing this action with prejudice and retaining jurisdiction for the sole purpose of determining whether the settlement should be enforced upon motion of any party.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com